# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-70257-JAD |
| Brady R. Stout | : | Chapter 13 |
| Debtor | : | Doc. No._____ |
| | : | |
| Brady R. Stout | : | |
| Movant | : | |
| | : | |
| v. | : | Hearing Date and Time: |
| | : | October 7, 2016 at 10:00 am |
| Nationstar Mortgage, LLC | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
| Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION FOR ENTRY INTO LOSS MITIGATION PROGRAM

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on August 18, 2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 6, 2016.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated:  September 12, 2016         /s/ Corey J. Sacca_____
                                   Corey J. Sacca, Esq.
                                   PA ID 306741
                                   Bononi & Company, P.C.
                                   20 North Pennsylvania Ave
                                   Suite 201
                                   Greensburg, PA 15601
                                   724-9537655
                                   csacca@bononilaw.com

**PAWB Local Form 25 (07/13)**