## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | | : | Bankruptcy No. 16-70257-JAD |
| | Brady R. Stout | : | Chapter 13 |
| | Debtor | : | Doc. No. 27 |
| | | : | |
| Brady R. Stout | | : | |
| | Movant | : | |
| | | : | |
| v. | | : | |
| | | : | |
| Nationstar Mortgage, LLC | | : | |
| Ronda J. Winnecour, Chapter 13 | | : | |
| Trustee | | : | |
| | Respondent | : | |

### ORDER

AND NOW, this _____ 15th _____ day of _____ September _____, 2016 upon consideration of the

Motion to Engage in Loss Mitigation filed by Debtor/Movant, in the above captioned matter, IT IS

HEREBY ORDERED, ADJUDGED, and DECREED that Debtor's Motion is GRANTED and Debtor is to file

Local Form 39, 40 and 41 within fourteen (14) days and follow all required procedures under the Loss

Mitigation Program and Local Rules.

BY THE COURT:

FILED
9/15/16 11:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Jeffery A. Deller, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-70257-JAD
Brady R. Stout                                                            Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7            User: mgut            Page 1 of 1            Date Rcvd: Sep 15, 2016
                               Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2016.
db               +Brady R. Stout,    2103 21st Street,    Altoona, PA 16601-2223

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2016                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company et al...
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Corey J. Sacca    on behalf of Debtor Brady R. Stout csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com
          Joshua I. Goldman    on behalf of Creditor    Deutsche Bank National Trust Company et al...
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer  Office of Attorney General,
           Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,  MarkSPalmerPC@aol.com
                                                                              TOTAL: 7