FILED
11/15/16 10:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| Debtor: | BRADY R. STOUT |
| Case Number: | 16-70257-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, NOVEMBER 10, 2016 02:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

### Matter:

#13 - Final Confirmation of Plan Dated 5/2/16 NFC
R / M #:  13 / 0

### Appearances:

Debtor: _Sacca_
Trustee: Winnecour / Bedford / Pail / Katz
Creditor: _Palmer for Pa Dept of Revenue_

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to _3/9/17_ at _11:30 Am_
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

_State has received 2015 PA 40_

_Need Biz Questionaire & operating Reports_

_Debtor has filed for Late entry into LMP, but has not yet uploaded necessary forms._

_Continued for Status & LMP_

11/3/2016  11:39:17AM