**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Brady R. Stout

              Debtor(s)

CHAPTER 13

BKY. NO. 16-70257

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee for CDC Mortgage Capital Trust 2004-HE2, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0611

                                   Respectfully submitted,

                                   **/s/ James C. Warmbrodt, Esquire**

                                   James C. Warmbrodt, Esquire

                                   jwarmbrodt@kmllawgroup.com

                                   Attorney I.D. No. 42524

                                   KML Law Group, P.C.

                                   701 Market Street, Suite 5000

                                   Philadelphia, PA 19106

                                   Phone: 215-825-6306

                                   Fax: 215-825-6406

                                   Attorney for Movant/Applicant