**Form 237**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Brady R. Stout** | : | Case No. 16–70257–JAD |
| 20–0154224 | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Deutsche Bank National Trust Company, as | : | |
| Trustee for CDC Mortgage Capital Trust | : | Related to Claim No. 3 |
| 2004–HE2 | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Brady R. Stout | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER

   **AND NOW**, this **31st day of January, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Deutsche Bank National Trust Company, as Trustee for CDC Mortgage Capital Trust 2004–HE2* at Claim No. 3 in the above–captioned bankruptcy case,

   It is hereby *ORDERED* that *on or before twenty–one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

   (1) an *AMENDED CHAPTER 13 PLAN;*

   (2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

   (3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self–schedule a hearing on the matter pursuant to the Court's procedures.

   *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

             Jeffery A. Deller
             United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-70257-JAD
Brady R. Stout                                                            Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: mgut           Page 1 of 1          Date Rcvd: Jan 31, 2017
                             Form ID: 237          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2017.
db          +Brady R. Stout,   2103 21st Street,   Altoona, PA 16601-2223
            +JAMIE D. HANAWALT, ESQ.,   ALDRIDGE PITE, LLP,   4375 JUTLAND DR. STE. 200,   PO BOX 17933,
             SAN DIEGO, CA 92177-7921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2017 at the address(es) listed below:
          Andrew F Gornall   on behalf of Creditor   Deutsche Bank National Trust Company et al...
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Corey J. Sacca   on behalf of Debtor Brady R. Stout csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com
          James Warmbrodt   on behalf of Creditor   Deutsche Bank National Trust Company et al...
           bkgroup@kmllawgroup.com
          Joshua I. Goldman   on behalf of Creditor   Deutsche Bank National Trust Company et al...
           bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          T. Lawrence Palmer   on behalf of Creditor T. Lawrence Palmer  Office of Attorney General,
           Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,  MarkSPalmerPC@aol.com
                                                                              TOTAL: 8