# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | BRADY R. STOUT |
| Case Number: | 16-70257-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MARCH 09, 2017 11:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
3/10/17 12:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#13 - Continued Confirmation of Plan Dated 5/2/2016 - NFC
R / M #:  13 / 0

### *Appearances:*

Debtor:   Sacca
Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor:   Palmer - PA PW

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 5/18/17 at 11:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

3/1/2017    3:58:12PM