**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-70257-JAD |
|     Brady R. Stout | : | Chapter 13 |
|         Debtor | : | Doc. No. __46__ |
| | : | |
|     Brady R. Stout | : | |
|         Movant | : | |
| | : | |
| v. | : | |
| | : | |
|     Nationstar Mortgage, LLC | : | |
|     Ronda J. Winnecour, Chapter 13 | : | |
|     Trustee | | |
|         Respondent | : | |

## **ORDER**

A *Loss Mitigation Order* dated December 8, 2016, was entered in the above matter at Document No. __38__. On __March 8, 2017__, a **Motion to Extend the Loss Mitigation Period** was filed by __Debtor__ at Document No. __46__.

*AND NOW*, this __20th__ day of __March__, 20__17__, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* April __19__, 20__17__.

FILED
3/20/17 11:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ jsf
United States Bankruptcy Judge
**JEFFERY A. DELLER**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Brady R. Stout  
      Debtor

Case No. 16-70257-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: aala     Page 1 of 1     Date Rcvd: Mar 20, 2017  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2017.  
db           +Brady R. Stout,    2103 21st Street,    Altoona, PA 16601-2223

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2017                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2017 at the address(es) listed below:  
       Andrew F Gornall     on behalf of Creditor     Deutsche Bank National Trust Company et al...  
        agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       Corey J. Sacca     on behalf of Debtor Brady R. Stout csacca@bononilaw.com,  
        coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com  
       James Warmbrodt     on behalf of Creditor     Deutsche Bank National Trust Company et al...  
        bkgroup@kmllawgroup.com  
       Joshua I. Goldman     on behalf of Creditor     Deutsche Bank National Trust Company et al...  
        bkgroup@kmllawgroup.com  
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
       S. James Wallace     on behalf of Creditor     Peoples Natural Gas Company, LLC sjw@sjwpgh.com,  
        srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
       T. Lawrence Palmer     on behalf of Creditor T. Lawrence Palmer    Office of Attorney General,  
        Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,   MarkSPalmerPC@aol.com  
                                                                                                        TOTAL: 8