# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** BRADY R. STOUT
**Case Number:** 16-70257-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, MAY 18, 2017 11:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
5/22/17 9:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#13 - Continued Confirmation of Plan Dated 5/2/2016 (NFC)
R / M #: 13 / 0

### *Appearances:*

Debtor: Sacca
Trustee: Winnecour / Bedford ✓ Pail / Katz
Creditor: Palmer - PA D.O.R. Warmbrodt - Deutsche Bank

### *Proceedings:*

Loan Mod failed - not feasible
Trustee moves for dismissal +
debtor consents to dismissed per
Atty Sacca

**Outcome:**

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. ✓ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

5/12/2017  8:15:27AM