Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Brady R. Stout** | : | Case No. 16−70257−JAD |
| 20−0154224 | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Issued Per May 18, 2017 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **22nd day of May, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller<br>United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-70257-JAD
Brady R. Stout                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7           User: jhel              Page 1 of 2              Date Rcvd: May 22, 2017
                               Form ID: 309            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2017.
db         +Brady R. Stout,    2103 21st Street,    Altoona, PA 16601-2223
cr         +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
             Pittsburgh, PA 15212-5861
cr         +T. Lawrence Palmer Office of Attorney General, Pen,    Office of Attorney General,
             5th Floor, Manor Complex,    564 Forbes Avenue,    Pittsburgh, PA 15219-2992
14245782   +Deutsche Bank National Trust Company, as Trustee f,    Nationstar Mortgage LLC,
             P.O. Box 619096,    Dallas State TX ZIP Code 75261-9096
14210244   +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
14286705   +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
             Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
             Greenville, SC 29603-0587
14210246   +Plains Comme,    2101 W 41st Street, Ste34,    Sioux Falls, SD 57105-6195

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14210240   +E-mail/Text: hariasdiaz@creditmanagementcompany.com May 23 2017 01:22:57     Crdmgmcomp,
             2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14210241   +EDI: AMINFOFP.COM May 23 2017 01:04:00     First Premier Bank,    601 S Minnesota Ave,
             Sioux Falls, SD 57104-4868
14210242    EDI: IRS.COM May 23 2017 01:04:00     Internal Revenue Service,    PO Box 21126,
             Philadelphia, PA 19114
14210243    E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2017 01:22:19     PA Department of Revenue,
             Department 280946,    Harrisburg, PA 17128-0946
14210247    EDI: PRA.COM May 23 2017 01:03:00     Portfolio Rc,    120 Corporate Blvd Ste 1,
             Norfolk, VA 23502
14287782   +EDI: RESURGENT.COM May 23 2017 01:04:00     PYOD, LLC its successors and assigns as assignee,
             of Plains Commerce Bank,    Resurgent Capital Services,    PO Box 19008,
             Greenville, SC 29602-9008
14224868    E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2017 01:22:19
             Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
             Harrisburg, Pa.  17128-0946
14210245   +EDI: RESURGENT.COM May 23 2017 01:04:00     Pinnacle Credit Servic,    Po Box 640,
             Hopkins, MN 55343-0640
14282685   +EDI: JEFFERSONCAP.COM May 23 2017 01:05:00     Premier Bankcard, Llc,
             c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company et al...
                                                                                     TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company et al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Corey J. Sacca    on behalf of Debtor Brady R. Stout    csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company et al...
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Deutsche Bank National Trust Company et al...
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

```
District/off: 0315-7           User: jhel                  Page 2 of 2                    Date Rcvd: May 22, 2017
                               Form ID: 309                Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer  Office of Attorney General, Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com
          TOTAL: 8