# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 16-70257-JAD |
| Brady R. Stout, | Chapter 13 |
| Debtor. | Doc. No. |
| | |
| Brady R. Stout, | |
| Movant, | |
| | Related to Doc. No. 38 |
| v. | |
| Nationstar Mortgage, LLC and Ronda J. Winnecour Esquire, Chapter 13 Trustee, | |
| Respondents. | |

## ORDER REGARDING COMPLIANCE WITH LOSS MITIGATION PROGRAM

A Loss Mitigation Order dated December 8, 2016, was entered in the above matter at Document No. 38 ("LPM Authorization Order"), wherein the Debtor were authorized to enter into the Court's Loss Mitigation Program ("LMP"). The record reflects that the LMP Authorization Order was entered well in excess of two hundred and ten (210) days ago. Absent extraordinary circumstances, more than sufficient time has elapsed for the Debtor and creditor/Respondent to negotiate a consensual loss mitigation settlement and/or mortgage modification. Under these circumstances, the Debtor and counsel to the Debtor is **directed**, **not later than July 31, 2017**, to:

1. File a Status Report summarizing the history and current situation regarding the LMP, including the ***extraordinary circumstances*** causing the failure of the Debtor and creditor/Respondent[s] to negotiate a consensual loss mitigation settlement and/or mortgage modification; **or**

2. If the LMP has expired or if a consensual resolution has occurred, file a Final Report with respect to the LMP, regardless of whether the case was subsequently dismissed or converted, in accordance with W.PA.LBR 9020-4(f).

Failure to comply with the terms of this Order may result in the imposition of sanctions. While the Court does not desire to impose sanctions, the Court does desire open LMP matters to progress to completion. If a party to the LMP has not been cooperating or proceeding in good faith, the Court expects the counter-party to bring the matter to the attention of this Court for resolution.

**SO ORDERED**.

Dated: July 13, 2017

**BY THE COURT**,

_/s/Jeffery A. Deller_
**JEFFERY A. DELLER**
**Chief United States Bankruptcy Judge**

Court Administrator to serve:
Debtor(s) Counsel
Debtor(s)
Respondent(s) Counsel
Chapter 13 Trustee

FILED
7/13/17 10:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Brady R. Stout  
    Debtor

Case No. 16-70257-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: mgut     Page 1 of 1     Date Rcvd: Jul 13, 2017  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2017.  
db          +Brady R. Stout,    2103 21st Street,    Altoona, PA 16601-2223

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2017 at the address(es) listed below:

         Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company et al...  
          agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Corey J. Sacca    on behalf of Debtor Brady R. Stout csacca@bononilaw.com,  
          coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com  
         James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company et al...  
          bkgroup@kmllawgroup.com  
         Joshua I. Goldman    on behalf of Creditor    Deutsche Bank National Trust Company et al...  
          bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,  
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
         T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer   Office of Attorney General,  
          Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,  MarkSPalmerPC@aol.com  
                                                                                                                                TOTAL: 8