**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| BRADY R. STOUT | Case No.:16-70257 JAD |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Repondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 04/07/2016  and confirmed on 08/31/2016 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,225.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,225.00 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 2,317.00 | |
| 　Trustee Fee | 388.48 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,705.48 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　DEUTSCHE BANK NTC - TRUSTEE | 0.00 | 3,532.49 | 0.00 | 3,532.49 |
| 　　Acct: 0611 | | | | |
| 　INTERNAL REVENUE SERVICE* | 10,301.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 7646 | | | | |
| 　PA DEPARTMENT OF REVENUE* | 19,119.26 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 7646 | | | | |
| 　DEUTSCHE BANK NTC - TRUSTEE | 83,224.78 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 0611 | | | | |
| 　DEUTSCHE BANK NTC - TRUSTEE | 0.00 | 2,987.03 | 0.00 | 2,987.03 |
| 　　Acct: 0611 | | | | |
| | | | | 6,519.52 |
| Priority | | | | |
| 　COREY J SACCA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　BRADY R. STOUT | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　PA DEPARTMENT OF REVENUE* | 9,443.11 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 7646 | | | | |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| BONONI & COMPANY | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BONONI & COMPANY | 2,854.00 | 2,317.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 15,638.04 | 0.00 | 0.00 | 0.00 |
| Acct: 7646 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0239 | | | | |
| PREMIER BANKCARD LLC | 730.17 | 0.00 | 0.00 | 0.00 |
| Acct: 0298 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5639 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3931 | | | | |
| PINNACLE CREDIT SERVICES LLC - ASSIG | 2,085.06 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| PYOD LLC | 1,427.05 | 0.00 | 0.00 | 0.00 |
| Acct: 7682 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5536 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 48,613.41 | 0.00 | 0.00 | 0.00 |
| Acct: 7646 | | | | |
| PA DEPARTMENT OF REVENUE* | 4,775.67 | 0.00 | 0.00 | 0.00 |
| Acct: 7646 | | | | |
| PINNACLE CREDIT SERVICES LLC - ASSIG | 2,085.06 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS      6,519.52

TOTAL CLAIMED
PRIORITY      25,081.15
SECURED      112,645.04
UNSECURED      59.716.42

Date: 07/24/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com